## DYVON SMALL *v.* GOING FORWARD, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 39 (AC 26096), is granted, limited to the following issue:

"Did the Appellate Court properly answer the reserved question in the negative?"

The Supreme Court docket number is SC 17522.

*Daniel S. Blinn* and *Matthew T. Theriault*, in support of the petition.

*John B. Farley, William J. McGrath, Jr.,* and *Kevin J. Greene,* in opposition.

Decided October 17, 2005